✎AO ___         Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
__NORTHERN__ District of __NEW YORK__

UNITED STATES OF AMERICA

ORDER AND AMENDED JUDGMENT REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

**V.**

KEVIN BRYAN

Case Number: 5:05-cr-529-010 (DNH)
USM Number: 13489-052
Lisa A. Peebles, Esq.
Defendant's Attorney

Date of Previous Judgment: __February 22, 2007__
(Use Date of Last Amended Judgment if Applicable)

Upon motion of ☒ the defendant  ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __87__ months **is reduced to 70 months**.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: __28__        Amended Offense Level: __26__
Criminal History Category: __III__    Criminal History Category: __III__
Previous Guideline Range: __97__ to __121__ months    Amended Guideline Range: __78__ to __97__ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (**explain**):_____
_____
_____
_____

## III. ADDITIONAL COMMENTS
_____
_____

Except as provided above, all provisions of the judgment dated __February 22, 2007__ shall remain in effect.
**IT IS SO ORDERED**.

April 25, 2008
Order Date

_____
Effective Date (if different from order date)

David N. Hurd
District Judge